UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 6th day of March, two thousand twenty-three,

_____

Business Casual Holdings, LLC, a Delaware limited liability company,

      Plaintiff - Appellant,

v.

YouTube, LLC, a Delaware limited liability company,
Google LLC, a Delaware limited liability company,
Alphabet Inc., a Delaware corporation,

      Defendants - Appellees.

_____

**ORDER**
Docket No. 22-3007

Appellant's Business Casual Holdings, LLC submission of a Brief and Brief & Special Appendix does not comply with the Court's prescribed filing requirements. Despite due notice, the defect has not been cured.

IT IS HEREBY ORDERED that the said Brief and Brief & Special Appendix are stricken from the docket.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

