UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 22-3007

**Caption [use short title]**

**Motion for:** Joint Motion of Appellant Business Casual and Appellees YouTube, LLC, Google LLC, and Alphabet Inc. to Stay Appeal Pending Settlement

**Set forth below precise, complete statement of relief sought:**
Pursuant to Federal Rule of Appellate Procedure 27 and Local Rule 27.1, Appellant and Appellees submit this Joint Motion to stay the appeal. The parties have reached a settlement but, due to unexpected circumstances, require additional time to finalize their agreement. Plaintiff-Appellant will withdraw the Appeal once the agreement is finalized. The parties will contact the Court to reopen proceedings if the agreement is not finalized, which they do not expect.

Business Casual Holdings, LLC v. YouTube, LLC

**MOVING PARTY:** YouTube, LLC, et al.  **OPPOSING PARTY:** Business Casual Holdings, LLC

☐ Plaintiff  ☐ Defendant
☐ Appellant/Petitioner  ☑ Appellee/Respondent

**MOVING ATTORNEY:** Brian M. Willen  **OPPOSING ATTORNEY:** Ronald Coleman
*[name of attorney, with firm, address, phone number and e-mail]*
Wilson Sonsini Goodrich & Rosati, P.C.  Dhillon Law Group
1301 Ave. of the Americas, 40th Fl. | New York, NY 10019  50 Park Place, Suite 1105 | Newark, NJ 07102
(650) 849-3340 | bwillen@wsgr.com  (973) 298-1723 | rcoleman@dhillonlaw.com

**Court- Judge/ Agency appealed from:** Southern District of New York - Judge John G. Koeltl

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes ☐ No (explain):_____
_____

Opposing counsel's position on motion:
☑ Unopposed ☐ Opposed ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes ☑ No ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?  ☐ Yes ☐ No
Has this relief been previously sought in this court?  ☐ Yes ☐ No
Requested return date and explanation of emergency: _____
_____
_____
_____
_____

Is oral argument on motion requested?  ☐ Yes ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  ☐ Yes ☑ No  If yes, enter date:_____

**Signature of Moving Attorney:**
s/ Brian M. Willen  **Date:** 3/27/2023  **Service by:** ☑ CM/ECF  ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

| | |
|---|---|
| BUSINESS CASUAL HOLDINGS, LLC,<br><br>        Plaintiff-Appellant,<br><br>v.<br><br>YOUTUBE, LLC, GOOGLE LLC, and ALPHABET INC.,<br><br>        Defendants-Appellees. | No. 22-3007-cv<br><br>**DECLARATION OF BRIAN M. WILLEN IN SUPPORT OF JOINT MOTION FOR STAY OF APPEAL PENDING SETTLEMENT** |

I, Brian M. Willen, declare as follows:

1.    I am a partner at Wilson Sonsini Goodrich & Rosati, P.C., counsel to Defendants-Appellees YouTube, LLC, Google LLC, and Alphabet Inc. (together, "YouTube"). I am over the age of 18 and am competent to make this declaration. I make each of the following statements based on my personal knowledge and could, if necessary, testify to the truth of each of them.

2.    As noted in the parties' March 8, 2023 motion for extension of time to file YouTube's response brief (Dkt. 50), Plaintiff-Appellant Business Casual Holdings, LLC ("Business Casual") and YouTube (together, the "Parties") have reached an agreement in principle to resolve this matter. Business Casual intends to withdraw its appeal once the Parties formalize the settlement agreement, which they expect to do in the near-future.

3. YouTube's brief in response to Business Casual's appeal was originally due March 16, 2023. On March 8, 2023, the parties filed a joint motion to extend YouTube's time by 30 days to April 17, 2023. Dkt. 50. The Court granted the motion. Dkt. 56.

4. The parties expected that the settlement agreement would be finalized well before April 17, 2023, and still hope to do so. However, due to the unexpected unavailability of Plaintiff's CEO in recent weeks, the settlement agreement is not yet complete and it is unclear whether it will be signed before April 17. Both parties continue to expect that the appeal will be withdrawn without need for further briefing, and thus wish to avoid the need for YouTube to prepare its response or Business Casual to prepare its reply.

5. Accordingly, in light of the Parties' settlement in principle, and in order to give all stakeholders the opportunity to review and finalize their agreement, the Parties jointly request that the appeal be stayed pending further notice from the Parties. If the settlement does not materialize—which the Parties do not expect—the Parties will jointly request that the appeal be reopened and that the Court reset the dates for further briefing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 27th day of March, 2023 in New York, New York.

Dated: March 27, 2023  Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

*s/ Brian M. Willen*

Brian M. Willen
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
bwillen@wsgr.com

*Counsel for Defendants-Appellees*
*YouTube, LLC, Google LLC, and Alphabet Inc.*

## **CERTIFICATE OF COMPLIANCE**

This declaration complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 374 words.

Dated: March 27, 2023        Respectfully submitted,

        WILSON SONSINI GOODRICH & ROSATI
        Professional Corporation

        *s/ Brian M. Willen*
        Brian M. Willen
        1301 Avenue of the Americas, 40th Floor
        New York, New York 10019
        Telephone: (212) 999-5800
        Facsimile: (212) 999-5899
        bwillen@wsgr.com

        *Counsel for Defendants-Appellees*
        *YouTube, LLC, Google LLC, and Alphabet Inc.*

## **CERTIFICATE OF SERVICE AND FILING**

I certify pursuant to Fed. R. App. P. 25(d) that on this day I electronically filed the foregoing Declaration with the Clerk of the Court for the United States Court of Appeals for the Second Circuit using the Court's CM/ECF system, and thereby caused the foregoing Declaration to be served upon all counsel of record by electronic mail generated by the Court's CM/ECF system in accordance with Local Rule 25.1(h).

Dated: March 27, 2023              Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

*s/ Brian M. Willen*
Brian M. Willen
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
bwillen@wsgr.com

*Counsel for Defendants-Appellees*
*YouTube, LLC, Google LLC, and Alphabet Inc.*